

| | | |
|---|---|---|
| CAAP –14– 0001 108, CAAP –14– 0001 109 | Maddox v. State | Affirmed |
| CAAP –14– 0000 061 | State v. Faamama | Affirmed |
| CAAP –13– 0003 756 | State v. Gishi | Affirmed |
| CAAP –15– 0000 051 | State v. Mance | Affirmed |

## April 06, 2016

| | | |
|---|---|---|
| CAAP –13– 0000 396 | State v. Ichimura | Affirmed |

## April 07, 2016

| | | |
|---|---|---|
| CAAP –14– 0000 440 | State v. Shinn | Affirmed |

## April 12, 2016

| | | |
|---|---|---|
| CAAP –14– 0001 369 | Massey v. State | Affirmed |

## March 18, 2016

| | | |
|---|---|---|
| CAAP –14– 0001 287 | Williams v. State | Affirmed |

## April 21, 2016

| | | |
|---|---|---|
| CAAP –13– 0000 064 | State v. Goebel | Affirmed |